Opinion issued December 22, 2011.


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00522-CV

———————————

Lan Tuyet Nguyen, Appellant

V.

Cuong Phan,
Nuong Nguyen, and Thach Nguyen, Individually and as representatives of Hue Condominium
Association,
Appellees



 



 

On Appeal from the 11th District Court

Harris County, Texas



Trial Court Case No. 2011-15636

 



 

MEMORANDUM OPINION

          Appellant,
Lan Tuyet Nguyen, has filed
a “Status Report on Settlement and Request to Withdraw Appeal,” which we
construe as a motion to dismiss her appeal. 
No decision has yet been handed down in this case.  Accordingly, the motion is granted, and the
appeal is dismissed.  Tex. R. App. P. 42.1(a)(1).

The Clerk is directed to issue
mandate within 10 days of the date of this opinion.  Tex. R. App. P. 18.1.     

PER CURIAM

Panel
consists of Justices Jennings, Sharp, and Brown.